IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | : | Case No. 1:16-cr-24 |
| Plaintiff, | : | Judge Susan J. Dlott |
| v. | : | **Order Denying as Moot Motion Requesting Nunc Pro Tunc Designation for Pre-Trial Jail Credit** |
| Rayshaun Herald, | : | |
| Defendant. | : | |

This matter is before the Court on Defendant Rayshaun Herald's pro se Motion Requesting Nunc Pro Tunc Designation for Pre-Trial Jail Credit (Doc. 29). Defendant seeks jail-time credit of 191 days representing time spent in federal custody on a writ of habeas corpus ad prosequendum issued by this Court. At the time of filing the instant Motion, Defendant had an anticipated release date of October 28, 2023. Subsequently, the Federal Bureau of Prisons ("BOP") reviewed and updated Defendant's jail time computation, and Defendant now has an anticipated release date of October 11, 2022. *See* BOP, *Find an Inmate*, https://www.bop.gov/inmateloc/ (last visited Nov. 9, 2021). As a result of BOP's actions, Defendant's Motion is now moot.

Accordingly, Defendant's Motion Requesting Nunc Pro Tunc Designation for Pre-Trial Jail Credit (Doc. 29) is **DENIED** as moot.

**IT IS SO ORDERED.**

_Susan J. Dlott_
Judge Susan J. Dlott
United States District Court